## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Cecilia Munoz

                                              Plaintiff,

v.                                                             Case No.: 1:16−cv−05036
                                                            Honorable John J. Tharp Jr.

Supermercado Villarreal, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 4, 2016:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon the parties' joint Stipulation of Dismissal [12], this case is dismissed without prejudice; absent the prior filing of a motion to enforce settlement before January 15, 2017, the dismissal shall convert to a dismissal with prejudice without further action by the Court. Any scheduled hearings are stricken and any pending motions are denied as moot. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.